MERCANTILE PROPERTIES, INC., and F. W. WOOLWORTH COMPANY, Appellants, v. ESTATE OF EUGENE A. HOFFMAN, INC., and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CAROLINE M. GAVIN, Appellant, v. PETER AITKEN, Executor of the Estate of MARY JANE DRIVER, Deceased, Respondent, Impleaded with Another.— Order denying motion to strike out defenses affirmed, with ten dollars costs and disbursements, on the ground that, the complaint being insufficient, the defenses are deemed good enough for a bad complaint. Since the complaint states no cause of action, the motion to dismiss should be granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

MARIA GAY ZENATELLO and GIOVANNI ZENATELLO, Appellants, v. LILY PONS (MESRITZ) and AUGUSTE MESRITZ, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARIA GAY ZENATELLO and GIOVANNI ZENATELLO, Appellants, v. LILY PONS (MESRITZ) and AUGUSTE MESRITZ, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on the Complaint of PEGGY DILLON, Respondent, v. TIMOTHY MOYNAHAN, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BERNARD KARP, Respondent, v. FRANKLIN BAKER, JR., and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. MARJORIE T. WADDELL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

PARISIS CUTSOGEORGE, Appellant, v. FANTIS AND CUTSOGEORGE, INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALBERT B. BRUSHABER, Respondent, v. NATIONAL SURETY COMPANY and ALICE McCOLLISTER, Appellants.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, on the ground that an issue of fact is presented which should be disposed of upon a trial. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ERTROB REALTY CORPORATION, Appellant, v. 33 WEST 44TH STREET CORPORATION and Another, Respondents.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents and votes to reverse and grant judgment for the plaintiff.

HELEN MARX, Appellant, v. JACK VON TILZER, Respondent, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to reply within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

* Appeal dismissed, 257 N. Y. 546.